STATE OF NEW JERSEY v. ROBERT PERCY.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED LAKES.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILLIAM BROWN.

October 4, 1984.

Petition for certification denied.

DEPARTMENT OF LABOR v. SAMUEL BERLANTI.

October 4, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM FITZPATRICK.

October 4, 1984.

Petition for certification denied.